# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge  Carla M. Woehrle

From: M. Krause _____, Deputy Clerk    Date Received: 08/19/2015

Case No.: 2:97-CV-06909-ER-CW _____    Case Title: Henry Oknyansky v. Gloria S. Kee, et al

Document Entitled: Declaration of Henry Oknyansky

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1      Documents must be filed electronically
☐ Local Rule 6-1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1     Document not legible
☐ Local Rule 11-3.8     Lacking name, address, phone, facsimile numbers, and e-mail address
☐ Local Rule 11-4.1     No copy provided for judge
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
☐ Local Rule 19-1      Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.5     No letters to the judge
☐ Fed. R. Civ. P. 5     No proof of service attached to document(s)
☑ Other:   Case Closed. No action the Court can take on the request.

---

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                    U.S. District Judge / U.S. Magistrate Judge

☑  The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

08/20/2015                 Carla M. Woehrle
_____        _____
Date                    ~~U.S. District Judge~~ / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



HENRY OKNYANSKY
12160 Hatteras Str.
Valley Village, CA 91607
305/766-7889

Honorable Carla Woehrle
U.S. Magistrate Judge

2-97-cv-06909-ER-CW

## DECLARATION OF HENRY OKNYANSKY

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2015

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

August 18, 2015

   Around August 1998 I file Federal Habeas Corpus while in INS detention center at San Pedro,CA.

After almost 2 years in INS custody, in 2000, I decided to leave US voluntarily, because there was a great concerns about my health.. I left country voluntarily. All immigration proceedings against me were closed. There was never any deportation orders against me.

More then 8 years, while outside U.S., I provide information to FBI Special Agent David Baker. Wherever I was, from Iran, to North Korea, I always send information  to Mr. Baker.

In 2008 he requested Special Public Benefit Parole for me and INS granted 2  90 days.

In 2009 FBI requested another parole for me, because of very good information I provided.

At this time was granted for one year multi entry and work permit. Because of problems with DHS getting the information to U.S. Embassy, I entered country only in 2010.

After that I still,provided information to FBI. Meet with supervisors, and many Special agents.

When David Baker getting ready to retire in 2013, he transferred me to FBI Miami Field Office, where agents request parole for me, as promised to Mr. Baker, and S visa as well.

After several months of waiting, nothing was happened.

I decided to stop cooperation with Miami FBI office. Instead of parole and S visa for me, as promised, they took me to DHS office and give me to them.

Fortunately, DHS Supervisor was there and after processing and heard my story, he released me, saying that he knows how FBI treating their people...

I entered U.S. legally on parole, we never received anything back from them for last request. Still pending, was DHS answer...

Almost two years passed since. There is nothing. No court dates, no status again, like

I think it's unfair. I cooperated with the FBI for 17 years, often put my life in danger. Based on my information there is so many arrests criminals from drugs and human trafficking, money laundering and insurance frauds. U.S. Treasure revoked many U.S.visas from criminal groups, for money laundering and association with international criminal entities, based on my information.

Under penalties of perjury, I declare that everything is true and correct on the best of my knowledge.

Henry Oknyansky

U.S. Department of Homeland Security

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 347738421   FINS: 1194021

        DOB: 06/01/1959

File No: A072 860 975

Event No: XMI1410000008

In the Matter of:

Respondent: ___GENNADY VASILYEVICH ARZHANIK AKA: ARZHANIK, Gennady Vasilyevich___ currently residing at:

600 Three Islands Boulevard,Apt 1820,Hallendale Beach, FLORIDA, 33009

         (305) 766-7889

    (Number, street, city and ZIP code)    (Area code and phone number)

☒ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

 See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

 See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐8CFR 208.30(f)(2) ☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

Time and date to be set.

*(Complete Address of Immigration Court, including Room Number, if any)*

on __To be set.__ at __To be set.__ to show why you should not be removed from the United States based on the

 *(Date)*   *(Time)*

charge(s) set forth above.

_Rand N. Rihatc A_  Supervisory Special Agent

*(Signature and Title of Issuing Officer)*

Date: 10-2-13    Miami, Florida

        *(City and State)*

**See reverse for important information**

Form I-862 (Rev. 08/01/07)

U.S. Department of Homeland Security

**Order of Release on Recognizance**

File No: A072 860 975

Date: 10/02/2013

Event No: XMI1410000008

Name: GENNADY VASILYEVICH ARZHANIK AKA: ARZHANIK, Gennady Vasilyevich

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☑ You must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review.

☑ You must surrender for removal from the United States if so ordered.

☐ You must report in (writing) (person) to _____
( Name and Title of Case Officer)

at _____ on _____ at _____
(Location of DHS Office)                  (Day of each week or month)       (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☐ You must not change your place of residence without first securing written permission from the immigration officer listed above.

☐ You must not violate any local, State, or Federal laws or ordinances.

☐ You must assist the Department of Homeland Security in obtaining any necessary travel documents.

☐ Other: _____

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Department of Homeland Security.**

(Signature of DHS Official)

Robert N. Rutherford
(Printed Name and Title of Official)

**Alien's Acknowledgment of Conditions of Release on Recognizance**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Department of Homeland Security may revoke my release without further notice.

_____        _____   10/02/2013
(Signature of Immigration Officer Serving Order)         (Signature of Alien)                 (Date)

**Cancellation of Order**

I hereby cancel this order of release because: ☐ The alien failed to comply with the conditions of release.

☐ The alien was taken into custody for removal. _____   _____
(Signature of Immigration Officer Canceling Order)       (Date)

Form I-220A (Rev. 08/01/07)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
*(Signature of Respondent)*

_____
*(Signature and Title of Immigration Officer)*

Date: _____

### Certificate of Service

This Notice To Appear was served on the respondent by me on __10/02/2013__, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☑ in person          ☐ by certified mail, returned receipt requested          ☐ by regular mail

☐ Attached is a credible fear worksheet.

☐ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the __English__ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
*(Signature of Respondent if Personally Served)*

_____   Special Agent
*(Signature and Title of officer)*



**U.S. Department of Justice**

INTERPOL Washington

*U.S. National Central Bureau*

_____

*Washington, DC 20530*

MAY 14 2014

FOIA # 2014-117


Mr. Henry Oknyansky
600 Three Islands Boulevard
Apartment 1820
Hallandale Beach, FL 33009


Dear Mr. Henry Oknyansky:

    This responds to your request dated March 06, 2014, to the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS), pursuant to the Freedom of Information Act (FOIA) for information concerning yourself.

    USCIS referred your request along with 8 pages, to INTERPOL Washington.  We received your request on May 09, 2014.  Please refer to the above FOIA number assigned to your request in any additional correspondence.

    For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

    We have reviewed the documents and determined that one page may be released in their entirety.

    Five pages with partial redactions pursuant to Title 5, United States Code, Section 552 (b)(6), (b)(7)(C), and (b)(7)(D of the FOIA.

    Exemption (b)(6) concerns material the release of which would constitute a clearly unwarranted invasion of personal privacy of third parties.

    Exemption (b)(7)(C) of the FOIA relates to records or information compiled for law enforcement purposes only to the extent that the production of such law enforcement records or information, if disclosed, could reasonably be expected to constitute an invasion of personal privacy.

Exemption (b)(7)(D) provides protection for records or information that could reasonably be expected to disclose the identity of a confidential source, including a state, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, information furnished by a confidential source.

Information originating with INTERPOL and foreign National Central Bureaus is provided to the USNCB pursuant to resolutions adopted by INTERPOL in 1974 and 1988, and the information is provided to USNCB with an understanding that it is for law enforcement purposes only.

The remaining 2 pages originated with a foreign National Central Bureau and are being withheld in full, pursuant to Exemption (b)(7)(D).

If you are not satisfied with the actions of INTERPOL Washington on your request, you may appeal by writing to:

> Co-Director
> Office of Information Policy
> U.S. Department of Justice
> Suite 11050
> 1425 New York Avenue, NW
> Washington, DC 20530-0001

You must make your appeal in writing and it must be received by the Office of Information Policy within 60-days of the date of the letter denying your request. In addition to mailing your appeal, you may also submit your appeal through the OIP eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Both the letter and envelope, or the email should be clearly marked "Freedom of Information Act Appeal."

If you have any questions concerning this request, please contact Daniel Dembkowski at (202) 616-0201.

Sincerely,

Shawn A. Bray
Director

By:   Kevin R. Smith
General Counsel

U.S. Department of Justice



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 19, 2014

MR. HENRY OKNYANSKY
APARTMENT 1820
600 THREE ISLANDS BOULEVARD
HALLANDALE BEACH, FL 33009

FOIPA Request No.: 1256973-000
Subject: OKNYANSKY, HENRY (2008-2012
FBI PAROLES AND OLD INS FILES
1999-2001 )

Dear Mr. Oknyansky:

    This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☑    Your request has been received at FBI Headquarters for processing.

☑    Your request has been received at the Immigration and Customs Enforcement agency and forwarded to FBI Headquarters for processing.

☑    We are searching the indices to our Central Records System for the information responsive to this request.   We will inform you of the results in future correspondence.

☐    Your request for a fee waiver is being considered and you will be advised of the decision at a later date.

☑    Please check for the status of your FOIPA request at www.fbi.gov/foia.

    The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.   Your patience is appreciated.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

May 29, 2014

MR. HENRY OKNYANSKY
APARTMENT 1820
600 THREE ISLANDS BOULEVARD
HALLANDALE BEACH, FL 33009

FOIPA Request No.: 1256973-000
Subject: OKNYANSKY, HENRY

Dear Mr. Oknyansky:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Explanation of Exemptions:

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

3 pages were reviewed and 3 pages are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.
☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☑ In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

☑  You have the right to appeal any denials in this release.   Appeals should be directed in writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal."   Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

☐  The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.   Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).   Our experience has shown when ident, references usually contain information similar to the information processed in the main file(s).   Because of our significant backlog, we have given priority to processing only the main investigative file(s).   If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☑  See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
         Dissemination Section
Records Management Division

Enclosures

This is in response to your Freedom of Information/Privacy Acts request submitted to the Records Management Division in Winchester, Viriginia, on your behalf, by U.S. Immigration and Customs Enforcement.

The enclosed material contains information regarding third parties. Third party information is not subject to access under the Privacy Act, 552(a)(b).   Accordingly, your access rights are limited to those provided by the Freedom of Information Act.   This material was withheld from you pursuant to 552 (b)(6)/(b)(7)(C), which pertains to material in which the release would constitute an unwarranted invasion of the personal privacy of third parties.   This material is not appropriate for discretionary release.

The enclosed material is being provided at no charge.

U.S. Department of Homeland Security
Washington, DC 20536-5009



**U.S. Immigration
and Customs
Enforcement**

January 27, 2014

HENRY OKNYANSKY
600 THREE ISLANDS BLVD APT 1820
HALLANDALE BEACH, FL  33009

**Re: 2014FOIA8343**

Dear Mr. Oknyansky:

This acknowledges receipt of your January 23, 2014, Freedom of Information Act (FOIA)
request to the Immigration and Customs Enforcement (ICE), for any and all records pertaining to Henry
Oknyansky from 2008 - 2012 FBI paroles and old INS files from 1999 - 2001.  Your request was received in this
office on January 27, 2014.

Due to the increasing number of FOIA requests received by this office, we may encounter some
delay in processing your request.  Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part
5, the Department processes FOIA requests according to their order of receipt. Although DHS'
goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-
day extension of this time period. As your request seeks numerous documents that will
necessitate a thorough and wide-ranging search, DHS will invoke a 10-day extension for your
request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you care to narrow the scope of your
request, please contact our office.  We will make every effort to comply with your request in a
timely manner; however, there are currently 4367 open requests ahead of yours.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge you for
records in accordance with the DHS Interim FOIA regulations as they apply to non-commercial requesters. As a
non-commercial requester you will be charged 10-cents a page for duplication, although the first 100 pages are
free, as are the first two hours of search time, after which you will pay the quarter-hour rate ($4.00, $7.00, $10.25)
of the searcher. We will construe the submission of your request as an agreement to pay up to $25.00.  You will
be contacted before any further fees are accrued.

We have queried the appropriate program offices within ICE for responsive records.  If any responsive records are
located, they will be reviewed for determination of releasability.  Please be assured that one of the processors in
our office will respond to your request as expeditiously as possible.  We appreciate your patience as we proceed
with your request.

Your request has been assigned reference number **2014FOIA8343**. Please refer to this
identifier in any future correspondence. You may contact this office at (866) 633-1182.
Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.


Sincerely,

*R. Gowin*

Catrina M. Pavlik-Keenan
FOIA Officer

U.S. Department of Homeland Security
Washington, DC 20536-5009



**U.S. Immigration
and Customs
Enforcement**

January 27, 2014

HENRY OKNYANSKY
600 THREE ISLANDS BLVD APT 1820
HALLANDALE BEACH, FL   33009

**Re: 2014FOIA8343**

Dear Mr. Oknyansky:

This acknowledges receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request to U.S. Immigration and Customs Enforcement, dated January 23, 2014, seeking any and all records pertaining to Henry Oknyansky from 2008 - 2012 FBI paroles and old INS files from 1999 - 2001.  Your request was received in this office on January 27.

An individual's request for information pertaining to him/her is processed under both the FOIA and the PA to afford maximum access to records.  Because you have asked for copies of records about yourself, we must verify your identity to ensure that your personal information is not released to anyone other than you.  The DHS regulations, 6 CFR Part 5 § 5.21(d), require verification of your identity, including your full name, current address and date and place of birth.  In addition, your request must be made in writing, must contain your signature, and should either be notarized or contain a statement made under penalty of perjury as permitted by 28 U.S.C. 1746.  Because you have not provided this documentation, your request is not a proper FOIA/PA request, and we are unable to initiate searching for responsive records.  If we do not receive your revised request within 10 business days from the date of this letter, we will assume that you no longer require the information requested, and your request will be administratively closed.

This is not a denial of your request.  Upon receipt of a perfected request, you will be advised as to the status of your request.

If you have any questions or would like to discuss this matter, please feel free to contact this office at (866) 633-1182 and refer to **2014FOIA8343**.  Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

CIS — 800/375-5283
# Q686025

Sincerely,

R. Gowan

Catrina M. Pavlik-Keenan
FOIA Officer

FBI    FOIA
540/868-1535
4595

David Solom

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



**U.S. Citizenship and Immigration Services**

March 12, 2014                                        **NRC2014025186**

Henry Oknyansky
600 Three Islands Blvd., Ste. 1820
Hallandale Beach, FL  33009

Dear Henry Oknyansky:

We received your request for information relating to your immigration record on March 12, 2014.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2014025186.  Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been placed in the complex track (Track 2).  You may wish to narrow your request to a specific document in order to be eligible for the faster track.  To do so, please send a written request, identifying the specific document sought, to the address above.  We will notify you if your request is placed in the simple track.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00.  Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy.  The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees.  Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

This office will be providing your records on a Compact Disc (CD) for use on your personal computer. The CD is readable on all computers through the use of Adobe Acrobat software.  A version of Adobe Acrobat will be included on the CD.  Your records can be viewed on your computer screen and can be printed onto paper.  Only records 15 pages or more are eligible for CD printing.  To request your responsive records on paper, please include your control number and write to the above address Attention: FOIA/PA Officer, or fax them to (816) 350-5785.

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests.  When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

NRC2014025186
Page 2

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

You may check the status of your FOIA request online, at www.uscis.gov. Click on "FOIA Request Status Check" located on the left side of the web page under "Other Services", and follow the instructions. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call The National Customer Service Center at 1-800-375-5283. Please be aware that the National Records Center no longer accepts FOIA/PA related questions directly by phone.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the control number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement**
**Santo Domingo Attaché Office**

**AUTHORIZATION FOR PAROLE OF AN**
**ALIEN INTO THE UNITED STATES**

| Name Of Alien | (First) | (Middle) | (Last) | Date |
|---|---|---|---|---|
| | Henry | | OKNYANSKY | June 6, 2008 |

File Number
A072 860 975

| Date Of Birth (Month) (Day) (Year) | Place of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|
| 06/01/1969 | | | Russia | |

| U.S. Address | (Apt. number and/or in care of) | (Number and Street) | (City or Town) | (State) | (Zip Code) |
|---|---|---|---|---|---|

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to **June 13, 2008**, will authorize an Immigration Officer at a port of entry in the United States to permit the named bearer whose photograph appears hereon, to enter the United States:

/ x /  As an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

/ /

*Remarks:*
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY CHIEF,*
DIANA TSANG. *PAROLE HAS BEEN AUTHORIZED FOR **90 DAYS** COMMENCING
WITH SUBJECT'S ARRIVAL IN THE UNITED STATES.  IT IS VALID FOR
TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO **MIAMI POE**.*

_____
(Signature of Officer)
Ruben Bermudez
ICE Acting Assit. Attaché
DHS-ICE, Santo Domingo

DHS-ICE, Santo Domingo
(Authorizing Office)



Department of Homeland Security
U.S. Citizenship and Immigration Services

HOU

**I-797F, Transportation Letter**

---

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | | DATE April 18, 2011 |
|---|---|---|
| ARZHANIK, Gennady Vasilyevich "Henry Oknyansky" | | File Number A072860975 |

| Date of Birth (Month) (Day) (Year) 06/01/1959 | Place of Birth   (City or town) Russia | (State or province) | (Country) Russia | |
|---|---|---|---|---|
| US Address   (Apt. # and/or in care of) | (Number and street) 2299 Lone Star Dr | (City or town) Sugar Land | (State) TX | (ZIP Code) 77479 |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer to board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to **April 25, 2011** will authorize an immigration officer at port of entry (**Miami POE**) in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

☒  As an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

> Remarks:
>
> Significant Public Benefit Parole for a period of **One (1) year ending January 19, 2012** beginning with subject's arrival into the United States approved by DHS Headquarters Parole Branch. Travel must occur within **seven (7) days** of the date of issuance of this document.  All ineligibilities known to DHS-LEPB are waived for Parole Purposes only.
>
> This document is valid for a single entry into the United States.

(Signature of Immigration Officer)
Susan Aikman, Field Office Director

DHS MOSCOW, RUSSIA
(Authorizing Office)



U.S. DEPARTMENTAL STAMP... SECU...
PAROLED
Until Jan 19, 2012
Purpose: Significant Public Benefit
APR 2 0 2011 MIA 0194
(Date)   (Location)   (Officer)
U.S. DEPARTMENT OF HOMELAND SEC...
54027   54027

Form I-512 (Rev. 10-1-82) Y

**TO THE POINT OF ENTRY SUPERVISOR**

Form I-797F (01/31/11)

*Office of the Assistant Secretary*

**U.S. Department of Homeland Security**
500 12ᵗʰ Street, S.W.
Washington, DC 20024



**U.S. Immigration
and Customs
Enforcement**

**MEMORANDUM FOR:**     ICE Attache                        **Phone:** 809-731-4345
                        Dominican Republic                 **Fax:**   809-731-4315
                        SDM

**FROM:**               Peter F. Hoelter
                        Section Chief, LEPB

**DATE:**               05/12/2010

**SUBJECT:**            Significant Public Benefit Parole (Departure)     (Case #: IAO 32016 / PH)

Please be advised that Significant Public Benefit Parole has been authorized until **February 4, 2011**:

| Name | A-Number | FCO | DOB | POB | POE |
|------|----------|-----|-----|-----|-----|
| Atzhanik, Gennady Vasilyevich "Henry Oknyansky" | A072 860 975 | HOU | 06/01/1959 | Russia | MIA |

*************************** **MULTIPLE AUTHORIZATION** ***************************
*************************** **EMPLOYMENT AUTHORIZATION** ***************************

Please issue the necessary travel document(s) for Subject's parole into the United States. The travel document(s) must be issued within 60 days from the date of this Memo. It is valid for travel within 7 days of its issuance and limited to **MIAMI POE**. DHS-PHAB has waived all known ineligibilities for Parole Purposes only.

The FCO Contact is: James Muse (281)-774-4945

The Control Officer is: David Baker (281)-204-7272

*Office of the Assistant Secretary*

U.S. Department of Homeland Security
500 12ᵗʰ Street, S.W.
Washington, DC 20024



**U.S. Immigration
and Customs
Enforcement**

**MEMORANDUM FOR:**   ICE ATTACHE
MOSCOW

**Phone:**   011-7-495-728-5000
**Fax:**   011-7-495-728-5140

**FROM:**   Gina Holland
Unit Chief, LEPU

**DATE:**   03/31/2011

**SUBJECT:**   Significant Public Benefit Parole (Extension)
Case #: IAO 32016 / VW

Please be advised that Significant Public Benefit Parole has been extended for **one (1) year** ending January 19, 2012 for the following individual(s):

| Name | A-Number | FCO | DOB | POB | POE |
|---|---|---|---|---|---|
| Arzhanik, Gennady Vasilyevich "Henry Oknyansky" | A072.860 975 | HOU | 06/01/1959 | Russia | MIA |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MULTIPLE AUTHORIZATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* EMPLOYMENT AUTHORIZATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Please issue the necessary travel document(s) for Subject's parole into the United States. The travel document(s) must be issued within 60 days from the date of this Memo. It is valid for travel within 7 days of its issuance and limited to the **MIAMI POE**. DHS-LEPU has waived all known ineligibilities for Parole Purposes only.

The FCO Contact is: James Muse  281-774-4945

The Control Officer is: David D. Baker (FBI)  281-204-7272

*Office of the Assistant Secretary*

**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC 20536

 **U.S. Immigration
and Customs
Enforcement**

**MEMORANDUM FOR:**  Ruben Bermudez, ICE Attache          **Phone:** 9-011-809-731-4366
Yen Fatule Leo, Investigator          **Fax:**    9-011-809-731-4350
SDM

**FROM:**  Diana Tsang
Branch Chief, LEPB

**DATE:**  06/05/2008

**SUBJECT:**  Significant Public Benefit Parole (Departure)      (Case #: IAO 24206 / MNM)

Please be advised that Significant Public Benefit Parole for **90 days** has been authorized for the following individual(s) commencing with subject's arrival in the United States:

| Name | A-Number | FCO | DOB | POB | POE |
|------|----------|-----|-----|-----|-----|
| Oknyansky, Henry | A072 860 975 | HOU | 06/01/1969 | Russia | MIA |

Please issue the necessary travel document(s) for Subject's parole into the United States. The travel document(s) must be issued within 60 days from the date of this Memo. It is valid for travel within 7 days of its issuance and limited to **MIAMI POE**. DHS-PHAB has waived all known ineligibilities for Parole Purposes only.

*Office of the Assistant Secretary*

**U.S. Department of Homeland Security**
500 12th Street, S.W.
Washington, DC 20024

 **U.S. Immigration
and Customs
Enforcement**

**MEMORANDUM FOR:**   ICE Attache       **Phone:** 809-731-4345
                     Dominican Republic   **Fax:**   809-731-4315
                     SDM

**FROM:**   Peter F. Hoelter
           Section Chief, LEPB

**DATE:**   02/01/2010

**SUBJECT:**   Significant Public Benefit Parole (Departure)   (Case #: IAO 32016 / PH)

Please be advised that Significant Public Benefit Parole for **one (1) year** has been authorized for the following individual(s) commencing with subject's arrival in the United States:

| Name | A-Number | FCO | DOB | POB | POE |
|------|----------|-----|-----|-----|-----|
| Arzhanik, Gennady Vasilyevich "Henry Oknyansky" | A072 860 975 | HOU | 06/01/1959 | Russia | MIA |

*************************** **MULTIPLE AUTHORIZATION** ***************************
*************************** **EMPLOYMENT AUTHORIZATION** ***************************

Please issue the necessary travel document(s) for Subject's parole into the United States. The travel document(s) must be issued within 60 days from the date of this Memo. It is valid for travel within 7 days of its issuance and limited to **MIAMI POE.** DHS-PHAB has waived all known ineligibilities for Parole Purposes only.

The FCO Contact is: James Muse  281-774-4945

The Control Officer is: David Baker  281-204-7272

U.S. Department of Justice
**Immigration and Naturalization Service**

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 02/01/10 |
|---|---|---|---|---|
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

| Date of Birth (Month) (Day) (Year)` | Place of Birth | (City or Town) | (State of Province) | (Country) |
|---|---|---|---|---|
| June 01, 1959 | | Russia | | |

U.S. Address   (Apt. number and/or in care of)   (Number and Street)   (City or Town)   (State)   (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to   2/08/10   will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

X     as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

☐     Solely at the Port of Entry at Miami International Airport.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER.  PAROLE HAS BEEN AUTHORIZED FOR ONE (1) YEAR COMMENCING WITH SUBJECTS ARRIVAL IN THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO MIAMI POE.*

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE  -  SANTO DOMINGO

Authorizing Office



Until Feb 03, 2011
Purpose CP
02/04/10  MIA  2018
Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

**U.S. Department of Homeland Security**
Citizenship and Immigration Services

**AUTHORIZATION FOR PAROLE OF AN
ALIEN INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | **May 17, 2011** |
|---|---|---|---|---|
| | **Gennady** | **Vasilyevich** | **ARZHANIK** | File Number<br>**A072 860 975** |

| Date of Birth (Month) (Day)(Year)<br>**June 01, 1959** | Place of Birth   (City or town)   (State or province) | (Country)<br>**Russia** |
|---|---|---|

U.S. Address   (Apt. number and/or in care of)   (Number and street)   (City or town)   (State)   (ZIP Code)

**2299 Lone Star Drive, Sugar Land, Texas 77479**

Presentation of the attached duplicate of this document will authorize a transportation line to accept the name bearer on board for travel to the United States without liability under section 273 of the Immigration and Naturalization Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to **January 19, 2012** will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

☒ As an alien parole pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☐ Entry Limited to:

**THIS DOCUMENT IS VALID FOR MULTIPLE ENTRIES AT ANY U.S. PORT OF ENTRY. PAROLE EXPIRES ON JANUARY 19, 2012.**

_____
(Signature of Immigration Officer)

**Steve R. Martin**
**Assistant Special Agent in Charge**
(Authorizing Office)
**Houston, Texas**



Form I-512 (Rev. 10-1-82) Y

| ARZHANIK, GENNADY | FCO:HOU | A#072860975 |
|---|---|---|
| Arrival Stamp | Arrival Stamp | Arrival Stamp |
| PAROLED<br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Until 19 JAN 2012<br>54030 Purpose: OP 54030<br>OCT 2 2 2011 MIA 0188<br>(Date) (Location) (Officer)<br>U.S. DEPARTMENT OF HOMELAND SECURITY | PAROLED<br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Until 19 JAN 2012<br>54030 Purpose: OP 54030<br>NOV 2 6 2011 MIA 0188<br>(Date) (Location) (Officer)<br>U.S. DEPARTMENT OF HOMELAND SECURITY | |
| Arrival Stamp | Arrival Stamp | Arrival Stamp |
| | | |
| Arrival Stamp | Arrival Stamp | Arrival Stamp |
| | | |
| Arrival Stamp | Arrival Stamp | Arrival Stamp |
| | | |
| Arrival Stamp | Arrival Stamp | Arrival Stamp |
| | | |

ATTACHMENT TO I-512

U.S. Department of Justice
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 03/30/10 |
|---|---|---|---|---|
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

| Date of Birth (Month) (Day) (Year)` | Place of Birth   (City or Town)   (State of Province)   (Country) |
|---|---|
| June 01, 1959 | Russia |

U.S. Address   (Apt. number and/or in care of)   (Number and Street)   (City or Town)   (State)   (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to  4/06/10  will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

   X       as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

   ☐       Solely at the Port of Entry at Miami International Airport.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER.  PAROLE HAS BEEN AUTHORIZED FOR ONE (1) YEAR COMMENCING WITH SUBJECTS ARRIVAL IN THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO MIAMI POE.*

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE -  SANTO DOMINGO

Authorizing Office

Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

*Office of the Assistant Secretary*

U.S. Department of Homeland Security
500 12ᵗʰ Street, S.W.
Washington, DC 20024



**U.S. Immigration
and Customs
Enforcement**

| | |
|---|---|
| **MEMORANDUM FOR:** | ICE Attache
Dominican Republic
SDM |

**Phone:** 809-731-4345
**Fax:**    809-731-4315

**FROM:** Peter F. Hoelter
Section Chief, LEPB

**DATE:** 02/01/2010

**SUBJECT:** Significant Public Benefit Parole (Departure)      (Case #: IAO 32016 / PH)

Please be advised that Significant Public Benefit Parole for **one (1) year** has been authorized for the following individual(s) commencing with subject's arrival in the United States:

| Name | A-Number | FCO | DOB | POB | POE |
|---|---|---|---|---|---|
| Arzhanik, Gennady Vasilyevich "Henry Oknyansky" | A072 860 975 | HOU | 06/01/1959 | Russia | MIA |

*************************** **MULTIPLE AUTHORIZATION** ***************************
*************************** **EMPLOYMENT AUTHORIZATION** ***************************

Please issue the necessary travel document(s) for Subject's parole into the United States. The travel document(s) must be issued within 60 days from the date of this Memo. It is valid for travel within 7 days of its issuance and limited to **MIAMI POE.** DHS-PHAB has waived all known ineligibilities for Parole Purposes only.

The FCO Contact is: James Muse  281-774-4945

The Control Officer is: David Baker  281-204-7272

U.S. Department of Justice
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 03/30/10 |
| --- | --- | --- | --- | --- |
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

| Date of Birth (Month) (Day) (Year)` | Place of Birth   (City or Town)   (State of Province)   (Country) |
| --- | --- |
| June 01, 1959 | Russia |

U.S. Address   (Apt. number and/or in care of)   (Number and Street)   (City or Town)   (State)   (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to   4/06/10   will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

     X      as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

     ☐      Solely at the Port of Entry at Miami International Airport.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER. PAROLE HAS BEEN AUTHORIZED FOR ONE (1) YEAR COMMENCING WITH SUBJECTS ARRIVAL IN THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO MIAMI POE.*

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE -  SANTO DOMINGO

Authorizing Office



Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

U.S. Department of Justice
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 04/27/09 |
| | Gennady | Vasilyevich "Henry" | Arzhanik | File Number A072 860 975 |

| Date of Birth (Month) (Day) (Year) | Place of Birth | (City or Town) | (State of Province) | (Country) |
| June 01, 1959 | Russian Federation | | | |

| U.S. Address | (Apt. number and/or in care of) | (Number and Street) | (City or Town) | (State) | (ZIP Code) |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to __05/04/09__ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

X     as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

☐     solely at the Port of Entry at San Juan, Puerto Rico POE.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY BRANCH CHIEF, DIANA TSANG. PAROLE HAS BEEN AUTHORIZED FOR THIRTY (30) DAYS COMMENCING WITH SUBJECTS ARRIVAL IN THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS ISSUANCE AND LIMITED TO MIAMI POE.*

_____
Donald Bruckschen
ICE Assistant Attaché

DHS-ICE - SANTO DOMINGO
_____
Authorizing Office

Photograph



Arrival Stamp

PAROLED
Until 28 MAY 2009
Purpose: P
04/29/09  MIA  2399
(Date)  (Location)  (Officer)
DEPARTMENT OF HOMELAND SECURITY

Form I-512 (Rev. 10-1-82) Y

U.S. Department of Justice
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date |
|---|---|---|---|---|
| | Gennady | Vasilyevich | Arzhanik | 03/30/10 |
| | | | | File Number |
| | | | | A 72 860 975 |

| Date of Birth (Month) (Day) (Year)` | Place of Birth   (City or Town)   (State of Province)   (Country) |
|---|---|
| June 01, 1959 | Russia |

U.S. Address   (Apt. number and/or in care of)   (Number and Street)   (City or Town)   (State)   (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to  4/06/10   will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

X       as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

☐       Solely at the Port of Entry at Miami International Airport.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER.  PAROLE HAS BEEN AUTHORIZED FOR ONE (1) YEAR COMMENCING WITH SUBJECTS ARRIVAL IN THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO MIAMI POE.*

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE -  SANTO DOMINGO

Authorizing Office



Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

**U.S. Department of Justice**
**Immigration and Naturalization Service**

**AUTHORIZATION FOR PAROLE OF AN ALIEN**
**INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 06/16/10 |
|---|---|---|---|---|
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

Date of Birth (Month) (Day) (Year)`    Place of Birth    (City or Town)    (State of Province)    (Country)

June 01, 1959                          Russia

U.S. Address   (Apt. number and/or in care of)    (Number and Street)    (City or Town)    (State)    (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to  6/23/10   will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

    X       as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

    ☐       Solely at the Port of Entry at Miami International Airport.

> Remarks:
> *SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER.   PAROLE HAS BEEN AUTHORIZED UNTIL FEBRUARY 4, 2011.  THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO MIAMI POE.*

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE - SANTO DOMINGO

Authorizing Office

Arrival Stamp

U.S. Department of Justice
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 02/23/10 |
|---|---|---|---|---|
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

| Date of Birth (Month) (Day) (Year)` | Place of Birth   (City or Town)   (State of Province)   (Country) |
|---|---|
| June 01, 1959 | Russia |

U.S. Address   (Apt. number and/or in care of)   (Number and Street)   (City or Town)   (State)   (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to ___3/02/10___ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

X     as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

☐     Solely at the Port of Entry at Miami International Airport.

> Remarks:
> *SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER. PAROLE HAS BEEN AUTHORIZED FOR ONE (1) YEAR COMMENCING WITH SUBJECTS ARRIVAL IN THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO MIAMI POE.*

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE -  SANTO DOMINGO

Authorizing Office

Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

**U.S. Department of Justice**
**Immigration and Naturalization Service**

**AUTHORIZATION FOR PAROLE OF AN ALIEN INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 06/16/10 |
|---|---|---|---|---|
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

| Date of Birth (Month) (Day) (Year)` | Place of Birth (City or Town) (State of Province) (Country) |
|---|---|
| June 01, 1959 | Russia |

U.S. Address  (Apt. number and/or in care of)  (Number and Street)  (City or Town)  (State)  (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to  6/23/10  will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

X    as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

☐    Solely at the Port of Entry at Miami International Airport.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER. PAROLE HAS BEEN AUTHORIZED UNTIL FEBRUARY 4, 2011. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO* **MIAMI POE.**

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE - SANTO DOMINGO
Authorizing Office

PAROLED
Until _____
Purpose: C-P
06.20.10  MIA
(Date)  (Location)  (Officer)
Arrival Stamp

**U.S. Department of Homeland Security**
Citizenship and Immigration Services

**AUTHORIZATION FOR PAROLE OF AN
ALIEN INTO THE UNITED STATES**

| Name of Alien (First) (Middle) (Last) | |
|---|---|
| **Gennady    Vasilyevich    ARZHANIK** | **May 17, 2011** |
| | File Number **A072 860 975** |

| Date of Birth (Month) (Day)(Year) | Place of Birth (City or town) (State or province) (Country) |
|---|---|
| **June 01, 1959** | **Russia** |

| U.S. Address    (Apt. number and/or in care of)    (Number and street)    (City or town)    (State)    (ZIP Code) |
|---|
| **2299 Lone Star Drive, Sugar Land, Texas 77479** |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the name bearer on board for travel to the United States without liability under section 273 of the Immigration and Naturalization Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to **January 19, 2012** will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

☒ As an alien parole pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☐ Entry Limited to:

**THIS DOCUMENT IS VALID FOR MULTIPLE ENTRIES AT ANY U.S. PORT OF ENTRY. PAROLE EXPIRES ON JANUARY 19, 2012.**

_____
(Signature of Immigration Officer)

**Steve R. Martin**
**Assistant Special Agent in Charge**
(Authorizing Office)
**Houston, Texas**



Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

U.S. Department of Justice
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 02/01/10 |
| --- | --- | --- | --- | --- |
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

| Date of Birth (Month) (Day) (Year) | Place of Birth  (City or Town)   (State of Province)   (Country) |
| --- | --- |
| June 01, 1959 | Russia |

U.S. Address   (Apt. number and/or in care of)     (Number and Street)    (City or Town)    (State)    (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to   2/08/10    will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

    X    as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

    ☐    Solely at the Port of Entry at Miami International Airport.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER.  PAROLE HAS BEEN AUTHORIZED FOR ONE (1) YEAR COMMENCING WITH SUBJECTS ARRIVAL IN THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO MIAMI POE.*

_____
Donald Bruckschen
ICE Assistant Attaché

DHS-ICE -  SANTO DOMINGO
_____
Authorizing Office

Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

U.S. Department of Homeland Security
Immigration and Customs Enforcement
Santo Domingo Attaché Office

**AUTHORIZATION FOR PAROLE OF AN
ALIEN INTO THE UNITED STATES**

| Name Of Alien | (First) | (Middle) | (Last) | Date |
|---|---|---|---|---|
| | Henry | | OKNYANSKY | June 6, 2008 |

File Number
A072 860 975

| Date Of Birth (Month) (Day) (Year) | Place of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|
| 06/01/1969 | | | Russia | |

| U.S. Address | (Apt. number and/or in care of) | (Number and Street) | (City or Town) | (State) | (Zip Code) |
|---|---|---|---|---|---|

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to **June 13, 2008**, will authorize an Immigration Officer at a port of entry in the United States to permit the named bearer whose photograph appears hereon, to enter the United States:

/ x /  As an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

/ /

*Remarks:*
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY CHIEF, DIANA TSANG. PAROLE HAS BEEN AUTHORIZED FOR **90 DAYS** COMMENCING WITH SUBJECT'S ARRIVAL IN THE UNITED STATES.  IT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO **MIAMI POE.***

(Signature of Officer)
Ruben Bermudez
ICE Acting Assit. Attaché
DHS-ICE, Santo Domingo

DHS-ICE, Santo Domingo
(Authorizing Office)



PAROLED PURSUANT TO SEC. 212(d) (5)
OF THE I & N ACT TO:
PURPOSE:
(Port)   (Date)   (Officer)
MIA  06/12/2008 185J

**U.S. Department of Justice**
**Immigration and Naturalization Service**

**AUTHORIZATION FOR PAROLE OF AN ALIEN**
**INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 02/23/10 |
|---|---|---|---|---|
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

| Date of Birth (Month) (Day) (Year)` | Place of Birth (City or Town) (State of Province) (Country) |
|---|---|
| June 01, 1959 | Russia |

U.S. Address  (Apt. number and/or in care of)     (Number and Street)     (City or Town)     (State)     (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to  3/02/10   will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

X      as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

☐      Solely at the Port of Entry at Miami International Airport.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER. PAROLE HAS BEEN AUTHORIZED FOR ONE (1) YEAR COMMENCING WITH SUBJECTS ARRIVAL IN THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO MIAMI POE.*

for Donald Bruckschen
ICE Assistant Attaché

DHS-ICE -  SANTO DOMINGO
Authorizing Office

Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

**U.S. Department of Justice**
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien   (First)   (Middle)   (Last) | Date |
|---|---|
| **Gennady   Vasilyevich   ARZHANIK** | **June 22, 2010** |
| | File Number |
| | **A072 860 975** |

| Date of Birth (Month) (Day)(Year) | Place of Birth   (City or town)   (State or province)   (Country) |
|---|---|
| **June 01, 1959** | **Russia** |

| U.S. Address   (Apt. number and/or in care of)   (Number and street)   (City or town)   (State)   (ZIP Code) |
|---|

Presentation of the attached duplicate of this document will authorize a transportation line to accept the name bearer on board for travel to the United States without liability under section 273 of the Immigration and Naturalization Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to __February 01, 2011,__ will authorize an immigration officer at a port of entry in the United States to permit the  name bearer, whose photograph appears hereon, to enter the United States:

☒  As an alien parole pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☐

| REMARKS: |
|---|
| **THIS DOCUMENT IS VALID FOR MULTIPLE ENTRIES AT ANY U.S. PORT OF ENTRY.  SIGNIFICANT PUBLIC BENEFIT PAROLE VALID UNTIL FEBRUARY 01, 2011.** |

_____
(Signature of Immigration Officer)

**Steve R. Martin,**
**Assistant Special Agent in Charge**
_____
(Authorizing Officer)



Form 1-512 (Rev. 10-1-82) Y

U.S. DEPARTMENT OF HOMELAND SECURITY
**PAROLED**
Until _Feb 1, 2011_
Purpose: _CP_
36501   36501
ARRIVAL STAMP   1342
_Aug 22 2010_ _HOU_
(Date)   (Location)   (Officer)
★
U.S. DEPARTMENT OF HOMELAND SECURITY

U.S. DEPARTMENT OF HOMELAND SECURITY
**PAROLED**
Until _Feb 1, 2011_
Purpose: _CP_
36503   36503
_Dec 06 2010_ _Hou_ _1348_
(Date)   (Location)   (Officer)
★
U.S. DEPARTMENT OF HOMELAND SECURITY

U.S. Department of Justice
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | | (Last) | Date |
|---|---|---|---|---|---|
| | Gennady | Vasilyevich "Henry" | | Arzhanik | 04/27/09 |
| | | | | | File Number |
| | | | | | A072 860 975 |

| Date of Birth (Month) (Day) (Year) | | Place of Birth   (City or Town) | (State of Province)   (Country) |
|---|---|---|---|
| June 01, 1959 | | Russian Federation | |

U.S. Address   (Apt. number and/or in care of)   (Number and Street)   (City or Town)   (State)   (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to   05/04/09   will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

     X     as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

     ☐     solely at the Port of Entry at San Juan, Puerto Rico POE.

Remarks:
*SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY BRANCH CHIEF, DIANA TSANG.
PAROLE HAS BEEN AUTHORIZED FOR THIRTY (30) DAYS COMMENCING WITH SUBJECTS ARRIVAL IN
THE UNITED STATES. THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS ISSUANCE AND
LIMITED TO MIAMI POE.*

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE - SANTO DOMINGO
Authorizing Office

Photograph



Arrival Stamp

Form I-512 (Rev. 10-1-82) Y

**U.S. Department of Justice**
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien      (First)      (Middle)      (Last) | Date |
|---|---|
| **Gennady      Vasilyevich      ARZHANIK** | **June 22, 2010** |
| | File Number |
| | **A072 860 975** |

| Date of Birth (Month) (Day)(Year) | Place of Birth      (City or town)      (State or province)      (Country) |
|---|---|
| **June 01, 1959** | **Russia** |

| U.S. Address      (Apt. number and/or in care of)      (Number and street)      (City or town)      (State)      (ZIP Code) |
|---|
| |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the name bearer on board for travel to the United States without liability under section 273 of the Immigration and Naturalization Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to _February 01, 2011,_ will authorize an immigration officer at a port of entry in the United States to permit the   name bearer, whose photograph appears hereon, to enter the United States:

☒  As an alien parole pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☐

**REMARKS:**
**THIS DOCUMENT IS VALID FOR MULTIPLE ENTRIES AT ANY U.S. PORT OF ENTRY.  SIGNIFICANT PUBLIC BENEFIT PAROLE VALID UNTIL FEBRUARY 01, 2011.**

_(Signature of Immigration Officer)_

Steve R. Martin,
**Assistant Special Agent in Charge**
(Authorizing Officer)



ARRIVAL STAMP

Form 1-512 (Rev. 10-1-82) Y

U.S. Department of Justice
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 06/16/10 |
|---|---|---|---|---|
| | Gennady | Vasilyevich | Arzhanik | File Number A 72 860 975 |

| Date of Birth (Month) (Day) (Year)` | Place of Birth   (City or Town)   (State of Province)   (Country) |
|---|---|
| June 01, 1959 | Russia |

U.S. Address   (Apt. number and/or in care of)   (Number and Street)   (City or Town)   (State)   (ZIP Code)

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under Section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to ___6/23/10___ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

   X      as an alien paroled pursuant to Section 212 (d) (5) of the Immigration and Nationality Act.

   ☐      Solely at the Port of Entry at Miami International Airport.

> Remarks:
> *SIGNIFICANT PUBLIC BENEFIT PAROLE HAS BEEN AUTHORIZED BY SECTION CHIEF, PETER F. HOELTER.   PAROLE HAS BEEN AUTHORIZED UNTIL FEBRUARY 4, 2011.   THIS DOCUMENT IS VALID FOR TRAVEL WITHIN 7 DAYS OF ITS SSUANCE AND LIMITED TO __MIAMI POE.__*

Donald Bruckschen
ICE Assistant Attaché

DHS-ICE  -  SANTO DOMINGO

Authorizing Office

Arrival Stamp

Form I-512 (Rev. 10-1-82) Y